UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
CHAPTER 13 PLAN (Individual Adjustment of Debts)
☒ 1st  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Stephen J Perkins          JOINT DEBTOR: Kathleen S Perkins          CASE NO.: 14-31184
Last Four Digits of SS# xxx-xx-9609    Last Four Digits of SS# xxx-xx-6338

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ 1,717.02 for months 1 to 10 ;
B. $ 1,630.11 for months 11 to 30 ;
C. $ 1,641.11 for months 31 to 60 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00   TOTAL PAID $ 1,125.00
Balance Due $ 2,375.00 payable $ 237.50 /month (Months 1 to 10 )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Nationstar Mortgage LLC    Arrearage on Petition Date $ 21,025.24

Address: Attn: Bankruptcy; 350 Highland Dr; Lewisville, TX 75067
Account No: xxxxx2446

Arrears Payment $ 215.55 /month (Months 1 to 10)
                 374.04 /month (Months 11 to 60)
Regular Payment $ 1,107.88 /month (Months 1 to 60)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -NONE- | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
-NONE-   Total Due $ _____
         Payable  $ _____ /month (Months __ to __)   Regular Payment $ _____

Unsecured Creditors: Pay $ 10.00 /month (Months 31 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
Rejected Contracts and/or Leases     -NONE-
Assumed Contracts and/or Leases      -NONE-

John Hancock Account #6382 secured by life insurance policy: Debtor shall pay claim directly.

Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

In the event the debtor recovers any non-exempt proceeds from the potential lawsuit, those proceeds will be placed in the Debtor's Attorney's Trust Account and turned over to the Chapter 13 Trustee for the benefit of the unsecured creditors over and above what is provided for in the plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Stephen J Perkins                    /s/ Kathleen S Perkins
Stephen J Perkins                        Kathleen S Perkins
Debtor                                   Joint Debtor
Date: 3/13/2015                          Date: Mar 13th 2015

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy