B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida

In re  Stephen J . Perkins and Kathleen S. Perkins  ,   Case No.  14-31184-MAM

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| US Bank Trust National Association, as Trustee | U.S. Bank Trust National Association, as Trustee |
|---|---|
| of the Tiki Series III Trust | of the Chalet Series III Trust |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
C/O SN Servicing Corp.
323 5th Street
Eureka, CA 95501

Court Claim # (if known):  1-1
Amount of Claim:  $165,797.08
Date Claim Filed:  10-08-2014

Phone:  800-603-0836
Last Four Digits of Acct #:  3653

Phone:  800-603-0836
Last Four Digits of Acct. #:  3653

Name and Address where transferee payments should be sent (if different from above):

Phone:  800-603-0836
Last Four Digits of Acct #:  3653

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/  Chase A. Berger, Esq.     Date: 4/8/19
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Case No. 14-31184-MAM

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4 (B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Stephen J Perkins**
2311 NE Center Circle
Jensen Beach, FL 34957-5546

*Joint Debtor*
**Kathleen S Perkins**
2311 NE Center Circle
Jensen Beach, FL 34957-5546

*Debtors' Counsel*
**Leslie C. Adams, Esq.**
4285 SW Martin Highway
Palm City, FL 34990

*Trustee*
**Robin R Weiner**
P.O. Box 559007
Fort Lauderdale, FL 33355

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

By: /s/ Chase A. Berger
Chase A. Berger, Esq.